IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2011

GREGORY C. LANGHAM
　　　　　　　　　　CLERK

Civil Action No. 11-cv-01311-BNB

DEXTER HARRIS,

　　　Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY (DHHA),
REPRESENTATIVE CHRISTIAN STOB,
DENVER DETENTION CENTER or D.D.C.,
ADMINISTRATOR GARY WILSON, and
DENVER CITY AND COUNTY,

　　　Defendants.

## ORDER OF DISMISSAL

　　　Plaintiff, Dexter Harris, is currently incarcerated at the Denver County Jail. Mr. Harris initiated this action by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Prisoner Complaint. In an order entered on May 24, 2011, Magistrate Judge Boland granted Mr. Harris leave to proceed pursuant to 28 U.S.C. § 1915.

　　　The May 24 Order requires Mr. Harris to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $11.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Harris that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by

which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Harris filed a letter to the Court in addition to a copy of his trust fund account statement on June 1, 2011. The trust fund account statement, however, is deficient because it is not certified by the appropriate officer at the facility where Mr. Harris incarcerated.

Therefore, Mr. Harris now has failed either to pay the initial partial filing fee within the time allowed, as designated in the May 24 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Harris's failure either to pay an initial partial filing fee of $11.00 or to show cause why he has no assets and no means by which to pay the designated fee. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __30th__ day of ___June___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01311-BNB

Dexter Harris
Prisoner No. 353582
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 30, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk